STATE OF NEW JERSEY v. BIAGGIO CAMPISI.

December 16, 1986.

Petition for certification denied.

ROSE FORTE v. VAN DORN IRON WORKS COMPANY.

December 16, 1986.

Petition for certification denied.

ROSE FORTE v. VAN DORN IRON WORKS COMPANY.

December 16, 1986.

Cross-petition for certification denied.

ROSE FORTE v. E.I. DU PONT DE NEMOURS, ET AL.

December 16, 1986.

Petition for certification denied.

JAMES NEAL v. E. CALVIN NEUBERT, ETC.

December 16, 1986.

Petition for certification denied.